**SO ORDERED**

As amended. This order does not waive the provisions of FRBP 4001(a)(3).



**MICHELLE M. HARNER
U.S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
## BALTIMORE DIVISION

| | |
|---|---|
| **In re:** | |
| **SARAH E. CONLIN** | |
| **FKA SARAH E. CURRY,** | **CHAPTER 7** |
| **DEBTOR.** | **CASE NO. 19-16802** |
| **SPECIALIZED LOAN SERVICING LLC, AS SERVICING AGENT FOR THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2006-25,** | |
| **MOVANT,** | |
| **vs.** | |
| **SARAH E. CONLIN** | |
| **and CHARLES R. GOLDSTEIN, TRUSTEE,** | |
| **RESPONDENTS.** | |

### ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

The Motion for Relief from the Automatic Stay filed by Specialized Loan Servicing LLC, as servicing agent for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., ASSET-BACKED CERTIFICATES, SERIES 2006-25, its assignees and/or successors in interest ("Movant"), the Trustee having filed a Report of No Distribution on July 9, 2019, no responsive opposition having been filed with the Court by the Trustee, Debtor, or Counsel for Debtor; it is by the United States Bankruptcy Court for the District of Maryland,

**ORDERED** that relief from the automatic stay of 11 U.S.C. §362(a) in the above- captioned case is granted in favor of Movant and as to any purchaser at a foreclosure sale conducted at the direction of the Movant under the provisions of applicable nonbankruptcy law, and the Deed of Trust dated November 10, 2006, regarding the real property commonly known as **14 Luffing Court, Baltimore, MD 21221, also referred to as 14 Luffing Court, Essex, MD 21221**, and recorded among the land records of the County of Baltimore, Maryland.

**ORDERED** that entry of this Order shall be deemed to constitute relief from the Automatic

Stay as to any interest the Chapter 7 Trustee may have in the subject property.

**ORDERED** that in the event of foreclosure, if the Debtor fails to voluntarily vacate the premises the successful purchaser may pursue the necessary legal means to obtain possession of the property.

**ORDERED** that in the event of foreclosure sale of the subject property is consummated and surplus funds exist as a result of such sale, a copy of the Report of Sale and all Auditor's reports shall be served on the Bankruptcy Trustee.

**ORDERED** that upon filing of the Report of Sale, the auditor shall be notified of the name and the address of the Bankruptcy Trustee to whom the surplus must be paid.

**ORDERED** that the provisions set forth in this Order shall apply to any subsequent assignee of the Movant and/or their successors in interest.

## SERVICE LIST

| | |
|---|---|
| Sarah E. Conlin<br>9313 Perglen Rd.<br>Nottingham, MD 21236 | Debtor |
| Nicholas J. DelPizzo, III<br>7222 Holabird Avenue<br>Baltimore, MD 21222 | Counsel for Debtor |
| Charles R. Goldstein<br>111 S. Calvert St.<br>Suite 1400<br>Baltimore, MD 21202 | Chapter 7 Trustee |
| Specialized Loan Servicing LLC, as servicing agent for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., ASSET-BACKED CERTIFICATES, SERIES 2006-25<br>8742 Lucent Boulevard<br>Suite 300<br>Highlands Ranch, CO 80129 | Movant |
| Michael T. Freeman<br>mfreeman@siwpc.com<br>1804 Staples Mill Road<br>Suite 200<br>Richmond, VA 23230 | Counsel for Movant |

**END OF ORDER**